**RECEIVED**
JAN 22 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **DARREL TREMAINE CARTER** | **CIVIL ACTION NO: 2:13-cv-2323** |
| **VERSUS** | |
| | **SECTION P** |
| | **JUDGE TRIMBLE** |
| **SHERIFF'S OFFICE CALCASIEU PARISH, ET AL** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 22nd day of January, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE